**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Misc. Action No.

In re Application of Daniel Snyder
for an Order Directing Discovery from
Jessica McCloughan and Friday Night Lights
LLC Pursuant to 28 U.S.C. § 1782

**DECLARATION OF RIZWAN A. QURESHI**

I, Rizwan A. Qureshi, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, attorneys of record for petitioner Daniel Snyder ("Petitioner" or "Mr. Snyder") in this matter.

2. I am fully familiar with the facts and circumstances set forth herein and submit this Declaration in support of Mr. Snyder's *Ex Parte* Petition, pursuant to 28 U.S.C. § 1782, for assistance in aid of a foreign proceeding.

3. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena for the production of documents that Petitioner seeks to serve on respondent Mrs. McCloughan.

4. Attached hereto as **Exhibit B** is a true and correct copy of the deposition subpoena that Petitioner seeks to serve on respondent Mrs. McCloughan.

5. Attached hereto as **Exhibit C** is a true and correct copy of the subpoena for the production of documents that Petitioner seeks to serve on respondent Friday Night Lights LLC.

6. Attached hereto as **Exhibit D** is a true and correct copy of the deposition subpoena that Petitioner seeks to serve on respondent Friday Night Lights LLC.

7. Attached hereto as **Exhibit E** is a true and correct copy of the document commencing the litigation currently pending in The Court of the Hon'ble High Court of Delhi, bearing the caption *Daniel Snyder Through his SPA Holder vs. Eleven Internet Services LLP & Ors*.

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 10th day of November, 2020 at Washington, D.C.

                                                *Rizwan Qureshi*
                                      Rizwan A. Qureshi, Esq.