**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Misc. Action No. 20-mc-00199-NRN

IN RE APPLICATION OF DANIEL SNYDER FOR AN ORDER DIRECTING DISCOVERY FROM JESSICA MCCLOUGHAN AND FRIDAY NIGHT LIGHTS LLC PURSUANT TO 28 U.S.C. § 1782.

**ENTRY OF APPEARANCE AND REQUEST TO APPEAR REMOTELY of COUNSEL ONLY**

Peter Schaffer, of the Law Offices of Peter Schaffer, hereby enters his appearance on behalf of the Witness, Jessica McCloughan. Counsel for McCloughan wishes to request most humbly do to the fact that he has a 16-year-old son with a seriously compromised immune system during the Covid-19 pandemic that This Honorable Court grant him the right to appear for all court appearances remotely via Zoom or a similar system.

    Respectfully submitted February 27, 2021.

Duly signed Original on file


  s/ Peter Schaffer


Attorney for Defendant
Peter Schaffer
400 South Steele Street 47
Denver, CO 8020
Phone Number: (303) 720 998 8880
FAX Number: (303) 282-0988
E-mail:   peterschaffer8@gmail.com
Atty. Reg. #: 17042

## CERTIFICATE OF SERVICE

      I do hereby certify that on February 27, 2021, a true and correct copy of the foregoing Entry of Appearance was sent via JusticeLink (E-file) to the following:

**Thomas J. Krysa**
Foley & Lardner LLP
600 17th Street | Suite 2020S
Denver, CO  80202
720.437.2000 main
720.437.2010 direct
303.803.6661 cell
tkrysa@foley.com

                                      Duly signed original on file

                                            s/Peter Schaffer